IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SHAWNA ROBERTSON                                                                                    PLAINTIFF

      v.                                   CIVIL NO. 2:20-cv-02119-MEF

KILOLO KIJAKAZI[1], Acting Commissioner,
Social Security Administration                                                                      DEFENDANT

## FINAL JUDGMENT

      This cause is before the Court on the Plaintiff's complaint for judicial review of an unfavorable final decision of the Commissioner of the Social Security Administration regarding her applications for Disability Insurance Benefits and Supplemental Security Income. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Eighth Circuit. The Court, having reviewed the record, the administrative transcript, the briefs of the parties, the applicable law, and oral argument having been waived, finds as follows, to-wit:

      For the reasons announced by the Court on the record on October 8, 2021, the Court finds that the decision of the Commissioner of Social Security is supported by substantial evidence, and the same is hereby affirmed.

      IT IS SO ORDERED this the 8th day of October, 2021.

                                            /s/ *Mark E. Ford*
                                            HON. MARK E. FORD
                                            CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi became Acting Commissioner of the Social Security Administration on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).